# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-01170-SPG-KES    Date September 24, 2025

Title: Reynaldo Iniestra v. Earthscapes Landscape, Inc. et al

Present: The Honorable Sherilyn Peace Garnett

Patricia Gomez
Deputy Clerk                          Court Reporter / Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated October 14, 2022.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____PG_____